May 27, 2015

The Honorable William F. Kuntz
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11217

Dear Judge Kuntz:

We are reporters covering Brooklyn federal court. We are writing to request that you unseal the transcript of a guilty plea entered in the case of United States v. Daryll Warner, 13cr402, on July 15, 2013, and Daryan Warner, 13cr584, on Oct. 23, 2013, according to the docket on Pacer.

The charging documents, guilty plea and docket in this case have been unsealed and described in a press conference held by the U.S. Attorney General Loretta Lynch to describe charges involving various FIFA soccer officials. However, the court reporter who transcribed the plea hearing wishes to have clarification from the court that the transcript itself has been unsealed.

Thank you for your help.

*[signature]*
John Riley
Newsday

*[signature]*
John Marzulli
New York Daily News

*[signature]*
Selim Algar
New York Post

*[signature]*
Christie Smythe
Bloomberg News

The application is ✓ granted.
SO ORDERED  ~~denied.~~
    s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: May 28, 2015
    Brooklyn, New York