Hon. William F. Kuntz
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
June 4, 2015

RE: USA v. Daryll Warner (Criminal Docket No. 13-402) – Request to file and unseal defendant's plea agreement

Dear Judge Kuntz,

    I am a reporter for The New York Times. I write to request the public filing and unsealing of the defendant Daryll Warner's plea agreement.

    The plea agreement was entered as a court exhibit in the defendant's plea hearing of July 15, 2013 (docket no. 48). The agreement was entered as Court Exhibit no. 5, referenced on p. 17 of the plea transcript, making it part of the official court record. While it was admitted under seal, on May 29, 2015, you ordered the transcript of his plea unsealed (docket no. 64).

    I make this request under the right of access to judicial documents grounded in the federal common law and in the First Amendment. As you are aware, the right of access is an affirmative, enforceable public right, and the standing of the press to enforce it is well settled.

Respectfully,

Stephanie Clifford
The New York Times
212-556-1434
sclifford@nytimes.com

The application is ___ granted, ✗ denied.
SO ORDERED
s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: June 4, 2015
Brooklyn, New York