# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __James Orenstein__     DATE: __12/13/2013__

DOCKET NUMBER: __13-CR-402(WFK)__     FTR #: __11:22 - 11:36__

DEFENDANT'S NAME: __Daryll warner__
　　　　　　__X__ Present   ___ Not Present   ___ Custody   __X__ Bail

DEFENSE COUNSEL: __Maurice Sercarz__
　　　　　　___ Federal Defender   ___ CJA   __X__ Retained

A.U.S.A: __Paul tuchmann__     CLERK: __M. Sica__

INTERPRETER : _____ (Language) _____

___ Defendant arraigned on the : ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

　　___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
　　___ Defendant advised of bond conditions set by the Court and signed the bond.
　　_1_ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
　　___ (Additional) surety/ies to co-sign bond by _____
　　___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start_____ Stop_____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings : Surety added to bond and Property of Surety Confession of Judgment to be filed by 12/20/2016