United States District Court
# EASTERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | ORDER SETTING CONDITIONS OF RELEASE AND BOND |
|---|---|
| V. | |
| __Daryll Warner__ | Case No.: M 12-1056 |
| Defendant | |

## RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released as follows, subject to the Standard Conditions of Bond on the reverse and:

[ ] Upon Personal Recognizance Bond on his/her promise to appear at all scheduled proceedings as required, or
[ ] Upon Unsecured Bond executed by defendant in the amount of $_____, or
[✓] Upon Secured Appearance Bond as provided herein.

### Additional Conditions of Release

Upon finding that release under the standard conditions detailed on the reverse will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the defendant is subject to the following additional conditions of release:

[✓] 1. The defendant must remain in and may not leave the following areas without Court permission: __Brooklyn & Manhattan__

[ ] 2. The defendant shall avoid all contact and not associate with any of the following persons or entities: _____

[ ] 3. The defendant shall avoid and not go to any of the following locations: _____ __including U.S. & Trinidadian passports__

[✓] 4. The defendant shall surrender any and all passports to the ~~U.S. Pretrial Services Agency~~ __FBI__ by __12/6/12__ and shall not apply for any other passport.

[ ] 5. Defendant is placed under the express supervision of the Pretrial Services Agency, subject to the Special Conditions on the reverse, if applicable, and
 [ ] is subject to random visits by a Pretrial Services officer at defendant's home and/or place of work;
 [ ] must report to that agency ( ) in person ____ times per ____ and/or ( ) by telephone ____ times per ____;
 [ ] is subject to home detention with electronic monitoring with the following conditions: _____

[ ] must undergo [ ] random drug testing [ ] evaluation and/or [ ] treatment for: [ ] substance abuse [ ] alcoholism [ ] mental health problems.
[ ] must pay the cost of treatment and/or electronic monitoring by with personal funds and/or insurance.

[ ] 6. Other Conditions: (1) Daily reporting to FBI at a frequency & in a manner determined by the FBI.
(2) Execution of Waiver of Extradition.
(3) Consent to monitoring of physical location, including through GPS, cell site or other means.

## APPEARANCE BOND

The undersigned defendant and sureties jointly and severally acknowledge that I/we and my/our personal representatives, jointly and severally are bound to pay to the United States of America the sum of $ __5,000,000__. The undersigned agree(s) that this obligation is secured with interest in the following property ("Collateral") which he/she/they represent is/are free and clear of liens except as otherwise indicated:

[ ] cash deposited in the Registry of the Court the sum of $ _____
[✓] premises located at: __See attached Schedule A__ owned by __Daryll Warner__ and _____
[✓] I/We also agree to execute a confession of judgment in form approved by the U.S. Attorney which shall be ~~duly filed~~ __provided to__ ~~proper local and state authorities on or before~~ __12/6/12__.
      __5. Attorney__
[✓] Other Conditions: _____ or __may not be cut back__

_____ Address: _____
Surety
__s/ Raylan J. Warner__ Address: __[address], NJ__
12/13/16
_____ Address: _____
Surety

The Court has advised the defendant of the conditions of release per 18:3142(h)(1) and (h)(2). This bond is conditioned upon the appearance of the defendant and is subject to the Standard Conditions of Bond set forth on the reverse. If the defendant fails to appear as ordered or notified, or any other condition of this bond is not met, this bond shall be due forthwith.

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth on the reverse of this form.

_____
Signature of Defendant

Release of the Defendant is hereby ordered on __Dec. 4__, 20__12__

__s/MDG__                __USMJ__
Distribution: White-Original / Canary - Courtroom Deputy / Pink - Pretrial Services / Goldenrod - Defendant

JO 12/13/16

## **SCHEDULE A**

1.

2.

3.

4.

Defendant, Daryll Warner, waives all rights he may have under any Homestead Act as to any of the above properties.

_Daryll Warner_

Signed before me — 12/4/2012

s/MDG                    MSMJ

