UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        v.

DARYLL WARNER,

                              Defendant.

-----------------------------------------------------------------X

Indictment No.: 13 CR 402

**NOTICE OF CHANGE OF ADDRESS**

      PLEASE TAKE NOTICE THAT, on December 20, 2021 the address for Sercarz & Riopelle, LLP, attorneys for defendant DARYLL WARNER, will change.  The new address for Sercarz & Riopelle, LLP shall be:

      Sercarz & Riopelle, LLP
      950 Third Avenue, **31st Floor**
      New York, NY 10022

      Telephone Number: 212-586-4900
      Fax Number: 212-586-1234

Please make a note of this change of address.

                                    Respectfully submitted

                By:    /s/ Maurice H. Sercarz
                          Maurice H. Sercarz
                          Sercarz & Riopelle, LLP
                          950 Third Avenue, 31st Floor
                          New York, NY 10022
                          (212) 586-4900
                          msercarz@sercarzandriopelle.com